**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JEFFREY MARTINEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>JIMMY FAIRLY USA INC.,<br><br>        Defendant. | Civil Action No. 1:25-cv-00568 |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1.     Whereas Plaintiff Jeffrey Martinez filed the above-referenced case against Defendant Jimmy Fairly USA INC., on March 25, 2025.

2.     Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3.     Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: August 25, 2025         Respectfully Submitted,

                                 */s/ Benjamin Sweet*
                                 Benjamin J. Sweet
                                 ben@nshmlaw.com
                                 **NYE, STIRLING, HALE, MILLER, & SWEET LLP**
                                 101 Pennsylvania Boulevard, Suite 2
                                 Pittsburgh, PA 15228

                                 *Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 25th day of August, 2025.

       */s/ Benjamin J. Sweet*
       Benjamin J. Sweet